UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREDITEK LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ORTHOSCRIPT, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 07-cv-01649 |

### JUDGMENT

AND NOW, this 15 day of October, 2007, Defendant Orthoscript, Inc., having failed to answer or otherwise respond to the Complaint within the time prescribed by Fed. R. Civ. P. 12(a)(1)(A), it is

**ORDERED** that judgment is entered in favor of Plaintiff Creditek LLC and against Defendant Orthoscript, Inc. on Counts I and II of the Complaint, in the amount of $268,234.13, which amount comprises $215,128.79 in unpaid invoices, $9,635.34 in interest, and $43,470 in contract termination fees.

BY THE COURT:

*Harold A. Ackerman*